# United States Bankruptcy Court
## District of Oregon

In re    __Iron Shield, LLC__                               Case No.         
                                                           Debtor(s)                  Chapter    __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Iron Shield, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **March 6, 2025** | **/s/ Loren S. Scott** |
| Date | **Loren S. Scott 024502** |
| | Signature of Attorney or Litigant |
| | Counsel for    **Iron Shield, LLC** |
| | **The Scott Law Group** |
| | **PO Box 70422** |
| | **Springfield, OR 97475** |
| | **541-868-8005 Fax:541-868-8004** |